UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEFFEREY MERCER, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION H-18-695 |
| MCKENZIE TANK LINES, INC., *et al*, | § § § § | |
| *Defendants*. | § | |

# FINAL JUDGMENT

Pursuant to the court's Memorandum Opinion and Order signed this date (Dkt. 19), the motion to dismiss for lack of personal jurisdiction (Dkt. 9) filed by defendants McKenzie Tank Lines, Inc. and Gerald Williams (collectively, "Defendants") is GRANTED.  Defendants motion to dismiss for improper venue (Dkt. 9) is DENIED as MOOT.  And plaintiff Jefferey Mercer's request for jurisdictional discovery (Dkt. 10) is DENIED.  Therefore Mercer's claims against Defendants are DISMISSED without PREJUDICE.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on July 2, 2018.

_____
Gray H. Miller
United States District Judge